# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESSERA, INC. and TESSERA ADVANCED TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-379-LPS-CJB |

## JOINT STATUS REPORT

The parties in the above-captioned action, by and through their undersigned counsel, respectfully submit this Joint Status Report regarding the progress of the related International Trade Commission investigation *In the Matter of Certain Semiconductor Devices, Semiconductor Device Packages, and Products Containing the Same*, Inv. No. 337-TA-1010 (the "1010 Investigation") pursuant to the Court's Oral Order of September 6, 2017, which required the parties to submit a status report further updating the Court on the progress of that proceeding.

As previously reported, the evidentiary hearing in the 1010 Investigation concluded on March 31, 2017 and the Administrative Law Judge issued her final Initial Determination ("ID") on June 30, 2017. Both Complainants and Respondents filed petitions seeking review of certain determinations made in the ID.

On September 29, 2017, the Commission issued its Notice of Commission Determination to Review in Part a Final Initial Determination Finding in Part a Violation of Section 337; Schedule for Filing Written Submissions on the Issues Under Review and on Remedy, the Public Interest, and Bonding; and Denial of a Motion to Modify the Administrative Protective Order ("Review Notice") (a copy of the public version of the Review Notice is attached as Exhibit A).

—

In response to the Review Notice, the parties filed their opening written submissions on October 13, 2017 and reply submissions on October 23, 2017.

On November 21, 2017, the Commission issued a notice extending the target date in the 1010 Investigation from December 1, 2017 to December 13, 2017.

The parties are available at the Court's convenience if the Court requires further information.

| | |
|---|---|
| Dated: December 1, 2017 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Pilar G. Kraman<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| OF COUNSEL: | OF COUNSEL: |
| Robert T. Haslam<br>Thomas E. Garten<br>Anupam Sharma<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065-1418<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>rhaslam@cov.com<br>tgarten@cov.com<br>asharma@cov.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>David E. Sipiora<br>dsipiora@kilpatricktownsend.com<br>Matthew C. Holohan<br>mholohan@kilpatricktownsend.com<br>Suite 600, 1400 Wewatta Street<br>Denver, Colorado 80202<br><br>Kevin J. O'Brien<br>kobrien@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, California 94111 |
| Dale A. Rice<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000 | Jonathan D. Olinger<br>jolinger@kilpatricktownsend.com<br>Suite 2800, 1100 Peachtree Street NE |

Facsimile: (415) 591-6091  Atlanta, Georgia 30309-4528
drice@cov.com

Laura E. Muschamp
Christopher K. Eppich
Kathryn Garcin
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: (858) 678-1800
Facsimile: (858) 678-1600
lmuschamp@cov.com
ceppich@cov.com
kgarcin@cov.com

3