**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TESSERA, INC. and INVENSAS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 16-cv-379-LPS-CJB |
| v. | ) ) | |
| BROADCOM CORPORATION, | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, in consideration of a negotiated settlement executed by them, that:

1. the above-captioned action shall be, and hereby is, voluntarily DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. each party shall bear its own fees, costs, and expenses.

Dated: December 18, 2017

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Respectfully submitted,

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

1

<div style="columns:2">

*Of Counsel*:

Robert T. Haslam
rhaslam@cov.com
Thomas E. Garten
tgarten@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Michael K. Plimack
mplimack@cov.com
Dale A. Rice
drice@cov.com
Nitin Subhedar
nsubhedar@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Laura E. Muschamp
lmuschamp@cov.com
Christopher K. Eppich
ceppich@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Attorneys for Plaintiffs
TESSERA, INC. and INVENSAS
CORPORATION

*Of Counsel*:

David E. Sipiora
dsipiora@kilpatricktownsend.com
Matthew C. Holohan
mholohan@kilpatricktownsend.com
Travis D. Whitsitt
twhitsitt@kilpatricktownsend.com
KILPATRICK TOWNSEND &
  STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Norris P. Boothe
nboothe@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1080 Marsh Road
Menlo Park, California 94025
Telephone: (650) 462-5305
Facsimile: (650) 618-1933

Ramy E. Hanna
rhanna@foley.com (No. 5494)
Steven J. Rizzi
srizzi@foley.com
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (202) 687-2329

Attorneys for Defendant
BROADCOM CORPORATION

</div>

IT IS SO ORDERED.

DATED: December __, 2017

_____
Hon. Leonard P. Stark